IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**THOMAS NAIL**  **PLAINTIFF**
**#0035578**

v.   No. 3:23-cv-42 DPM

**STEVE FRANKS, Former Sheriff,
Greene County Jail; ROBERT CASE,
Administrator, Greene County Jail;
BRAD SNYDER, Sheriff, Greene
County Jail; JACOB WHITE,
Administrator, Greene County Jail;
ANTONNETTE BARRON, Kitchen
Manager, Greene County Jail; JASMINE
SANCHEZ, Grievance Officer or Jailer,
Greene County Jail; and JAMIE FLOYD,
Jailer, Greene County Jail**   **DEFENDANTS**

## JUDGMENT

Nail's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

3 April 2023